UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACEY K BAILEY; LAWANDA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN RESEARCH BUREAU;<br><br>DAVID SCHWARTZ,<br><br>Defendants. | Case No. 3:24-cv-05482-TMC<br><br>ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE |

This matter comes before the Court on review of the record.

On June 17, 2024, Plaintiff Tracey Bailey filed an application to proceed in forma pauperis (IFP), as well as a proposed complaint listing herself and Plaintiff Lawanda Jones as co-plaintiffs. But Plaintiff Lawanda Jones neither filed an application to proceed IFP nor signed the complaint. *See* Dkt. 1.

To open a case, a plaintiff must either pay the filing fee or file an application to proceed IFP (without payment of court fees). Local Rules W.D. Wash. LCR 3(b), (c). Where multiple plaintiffs seek to proceed IFP, each plaintiff must file an application. *Id.* 3(c).

Under Local Civil Rule 10(e)(4), "[a]ll pleadings, motions and other filings shall be dated and signed as provided by Federal Rule of Civil Procedure 11, LCR 11, and the court's

ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE - 1

Electronic Filing Procedures . . . . The court might not consider improperly signed or unsigned documents." Federal Rule of Civil Procedure 11(a) provides that every complaint must be signed "by a party personally if the party is unrepresented . . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."

      The Clerk of Court issued a "Notice of Filing Deficiency re Lawanda Jones" that noted Ms. Jones's filing deficiencies. Dkt. 2. The notice set out that Ms. Jones must return the signed complaint by July 2, 2024 and the required IFP forms by July 18, 2024. *Id.* After Ms. Jones failed to meet these deadlines, the Court issued an order to show cause. Dkt. 3. The Court ordered that by August 20, 2024, Ms. Jones must show cause as to why she has not filed an IFP application or signed the complaint. *Id.* at 2. The Court provided that if Ms. Jones failed to show cause by the deadline, the Court would dismiss her claims without prejudice. *Id.* As of September 3, 2024, she has neither responded to the order to show cause nor corrected the deficiencies. The Court thus DISMISSES Ms. Jones's claims without prejudice for failure to show cause.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 3rd day of September, 2024.

                            Tiffany M. Cartwright
                            United States District Judge