1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACEY K. BAILEY,

                      Plaintiff,

     v.

AMERICAN RESEARCH BUREAU, et
al.,

                  Defendants.

CASE NO. 3:24-CV-5482-TMC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Plaintiff Tracey K. Bailey[1] has filed an application to proceed *in forma pauperis* ("IFP")

in the above-entitled action. Dkt. 6. After careful consideration of the application, the governing

law and the balance of the record, the Court ORDERS as follows:

       (1)     Because Plaintiff does not appear to have funds available to afford the $402.00

filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).

Therefore, Plaintiff's IFP application, Dkt. 6, is GRANTED.

---

[1] The Court notes this case was initially filed by Tracey Bailey and Lawanda Jones. Ms. Jones did not file
an application to proceed IFP and has been dismissed from this action. *See* Dtk. 5. Therefore, this case is proceeding
only as to claims brought by Ms. Bailey.

1        (2)    The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to

2    the Honorable Tiffany M. Cartwright.

3        Dated this 10th day of September, 2024.

David W. Christel
United States Magistrate Judge